BEATRICE RANNEY, as Administratrix of the Estate of DONALD M. RANNEY, Deceased, Appellant, *v.* HABERN REALTY CORPORATION, Respondent.

HABERN REALTY CORPORATION, Third-Party Plaintiff-Appellant, *v.* UNITED STONE WORKS, INC., Third-Party Defendant-Respondent.

Argued November 25, 1953; decided March 4, 1954.

*Benjamin H. Siff, Abram H. Leef* and *Harry Zeitlan* for appellant.

*Albert P. Thill* and *Emile Z. Berman* for respondent and third-party plaintiff-appellant.

*Harry Schechter, Bernard Katzen* and *William H. Stieglitz* for third-party defendant-respondent.

Judgment affirmed, with costs to defendant-respondent Habern Realty Corporation against plaintiff-appellant Ranney, and with costs to the third-party defendant-respondent United Stone Works, Inc., against the third-party plaintiff-appellant Habern Realty Corporation; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. Taking no part: VAN VOORHIS, J.